O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION, a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SYKE FOOTWEAR INC., a California corporation; WEI JU, an individual,<br><br>　　　　Defendants. | Case No. CV 14-02650 DDP (MRWx)<br><br>**ORDER RE: HEARING TO SHOW CAUSE FOR HOLDING DEFENDANTS IN CONTEMPT**<br><br>[Dkt. Nos. 50, 51] |

　　Presently before the Court is Plaintiff's Application for Order to Show Cause re Contempt of Court Order against Defendants for Defendants' failure to comply with the terms of the parties' settlement agreement as enforced by the Court in its Order dated January 14, 2016. (Dkt. Nos. 49, 50.) The application was unopposed and Defendants presented no contrary evidence at the hearing.

　　The Court GRANTS the application and finds Defendants in contempt. The Court orders Defendants to pay the settlement amount in two installments, with the sums due in each installment as

1  agreed upon by the parties and discussed at the hearing: (1) first
2  payment due no later than March 4, 2016; and (2) second payment due
3  no later than April 4, 2016.  If Defendants comply with this Order
4  and make the scheduled payments, this Court will purge the finding
5  of contempt.

7  IT IS SO ORDERED.

10  Dated: February 29, 2016

   DEAN D. PREGERSON
   United States District Judge