O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION, a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> SYKE FOOTWEAR INC., a California corporation; WEI JU, an individual, <br><br> Defendants. | Case No. CV 14-02650 DDP (MRWx) <br><br> ORDER GRANTING EX PARTE APPLICATION <br><br> [DOCKET NUMBER 55] |

Good cause being shown, and Defendants having consented to the withdrawal or termination of representation, Aijun Zhang and the Law Offices of Aijun Zhang's Ex Parte Application to Withdraw as counsel to Defendants Wei Ju and Skye Footwear Corporation is GRANTED. The corporate defendant, Skye, shall retain new counsel within 30 days of the date of this Order. See C.D. Cal. L.R. 83-2.1.1.3. Failure to comply shall result in the striking of

///

///

///

Skye's Answer and affirmative defenses. The individual defendant, Wei Ju is in Pro Per. The Clerk's Office is directed to up-date the following information on the docket:

> Wei Ju, In Pro Per
> 1935 Santa Anita Ave.
> South El Monte, Ca 91733
> Tel.: 626-4488122
> email: sykefootwear@yahoo.com

IT IS SO ORDERED.

Dated: March 22, 2016

DEAN D. PREGERSON
United States District Judge